

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00037-CV

| | | |
|---|---|---|
| PNC INVESTMENT COMPANY, LLC, Appellant | § | On Appeal from the 342nd District Court |
| | § | |
| v. | | of Tarrant County (342-294034-17) |
| | § | |
| FIAMMA STATLER, LP; FIAMMA MANAGEMENT GROUP, LLC, AND FRANK ZACCANELLI, JR., Appellees | § | September 3, 2020 |
| | | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellees Fiamma Statler, LP; Fiamma Management Group, LLC, and Frank Zacanelli, Jr. shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS
By ___/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth